UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS & CEMENT MASONS #90
HEALTH & WELFARE FUND and
EMPLOYERS & CEMENT MASONS #90
PENSION FUND,

        Plaintiffs,

    v.

LUGGE CONCRETE CONSTRUCTION,
INC. and CONNIE S. LUGGE, *in her
individual capacity*,

        Defendant.

Case No. 09-cv-825-JPG

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc.

12).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right

to dismiss an action without a court order at any time before service by an adverse party of an

answer or of a motion for summary judgment, whichever first occurs.  Defendants have not yet

filed an answer or motion for summary judgment in this case.  The Court therefore finds that all

claims in this case are **DISMISSED without prejudice**.  The Court **DIRECTS** the Clerk of

Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: December 11, 2009**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**