UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS #90 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LUGGE CONCRETE CONSTRUCTION, INC. and CONNIE S. LUGGE, *in her individual capacity*,<br><br>Defendants. | Case No. 09-cv-825-JPG |

## JUDGMENT

This matter having come before the Court, and Plaintiffs having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: December 11, 2009**


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**